FILED
11/19/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT, et al., <br><br> Defendants. | CV 19-130-BLG-SPW-TJC <br><br> **ORDER** |

Plaintiffs moves for the admission of Nathaniel Shoaff to practice before this Court in this case with Shiloh Hernandez to act as local counsel. Mr. Shoaff's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Nathaniel Shoaff pro hac vice is GRANTED on the condition that Mr. Shoaff shall do his own work. This means that Mr. Shoaff must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Shoaff may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Shoaff.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Shoaff, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 19th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge