IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT, et al., <br><br> Defendants. | CV 19-130-BLG-SPW-TJC <br><br> **ORDER GRANTING WESTMORELAND ROSEBUD MINING LLC'S MOTION TO INTERVENE** |

Applicant for Intervention, Westmoreland Rosebud Mining LLC ("Westmoreland"), has filed an Unopposed Motion to Intervene as a Defendant in the above-captioned case. (Doc. 7.) There being no objection from any party, and because Westmoreland has met the requirements for intervention under Federal Rule of Civil Procedure 24(a), IT IS HEREBY ORDERED that Westmoreland's Unopposed Motion to Intervene is GRANTED.

IT IS FURTHER ORDERED that Westmoreland shall separately file its Answer and corporate disclosure statement, which it attached to its motion.

DATED this 20th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge