IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, et al.,<br><br>Defendants. | CV 19-130-BLG-SPW-TJC<br><br>**ORDER** |

Intervenor Defendant Rosebud Mining, LLC moves for the admission of Hadassah M. Reimer to practice before this Court in this case with John C. Martin to act as local counsel. Ms. Reimer's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Hadassah M. Reimer pro hac vice is GRANTED on the condition that Ms. Reimer shall do her own work. This means that Ms. Reimer must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Reimer may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Reimer.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Reimer, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 31st day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge