FILED
1/2/2020
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT, et al., <br><br> Defendants. | CV 19-130-BLG-SPW-TJC <br><br> **ORDER** |

Intervenor Defendant Rosebud Mining, LLC moves for the admission of Kristina R. Van Bockern to practice before this Court in this case with John C. Martin to act as local counsel. Ms. Van Bockern's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Kristina R. Van Bockern pro hac vice is GRANTED on the condition that Ms. Van Bockern shall do her own work. This means that Ms. Van Bockern must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Van Bockern, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 2nd day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge