IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, et al.,<br><br>Defendants. | CV 19-130-BLG-SPW-TJC<br><br>**ORDER** |

On February 18, 2020, the Court issued an Order to Show Cause why the Court's order allowing attorney Susan M. Mathiascheck to appear pro hac vice should not be withdrawn for failure to file an acknowledgment of her admission and for her failure to register in the Court's electronic filing system ("CM-ECF"). (Doc. 36.) Ms. Mathiascheck has since filed the required acknowledgment (Doc. 40) and registered in CM/ECF. Accordingly, the Court will not revoke Ms. Mathiascheck's admission.

DATED this 21st day of February, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge