Susan Mathiascheck
Holland & Hart LLP
901 K Street NW, Suite 850
Washington, DC  20001
Phone: (307) 739-9741
Fax: (307) 739-9744
smmathiascheck@hollandhart.com

John C. Martin
Hadassah M. Reimer
Holland & Hart LLP
P.O. Box 68
Jackson, WY  83001
Phone: (307) 739-9741
Fax: (307) 739-9744
jcmartin@hollandhart.com
hmreimer@hollandhart.com

Kristina (Tina) R. Van Bockern
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Phone: (303) 295-8107
Fax: (720) 545-9952
trvanbockern@hollandhart.com

*ATTORNEYS FOR WESTMORELAND ROSEBUD MINING LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, INDIAN PEOPLE'S ACTION, 350 MONTANA, SIERRA CLUB, WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, et al.,<br><br>Defendants,<br><br>and<br><br>WESTMORELAND ROSEBUD MINING LLC,<br><br>Applicant Defendant-Intervenor. | Case No. 1:19-cv-00130-SPW-TJC<br><br>**WESTMORELAND ROSEBUD MINING LLC'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY REGARDING PLAINTIFFS' STANDING** |

On February 11, 2020, Westmoreland Rosebud Mining LLC ("Westmoreland") moved to dismiss this action because Plaintiffs lack standing. ECF No. 32.  In response, Plaintiffs submitted a series of declarations marred by inconsistencies and vagueness that prevent them from providing a sufficient basis for standing.  However, to the extent that this Court believes that Plaintiffs have raised a factual issue, and for the reasons set out in the accompanying brief, Westmoreland hereby moves to conduct limited discovery regarding certain Plaintiffs' purported aesthetic and recreational interests in the vicinity of the challenged Mine permit.

Counsel for Westmoreland has conferred with counsel for the Federal Defendants and they take no position on this motion.  Counsel for Westmoreland also conferred with counsel for the Plaintiffs, and Plaintiffs oppose this motion.[1]

*[The remainder of this page is left intentionally blank].*

---

[1] Plaintiffs requested that Westmoreland include the following statement of position, "Plaintiffs object to WRM's motion and question whether the request is made in good faith."  Westmoreland firmly disagrees with Plaintiffs' characterization of Westmoreland's motion.

Dated this 23rd day of April 2020.

        */s/ Hadassah M. Reimer*
        John C. Martin
        Susan Mathiascheck
        Holland & Hart LLP
        901 K Street NW, Suite 850
        Washington, DC  20001
        25 South Willow Street, Suite 200
        P.O. Box 68
        Jackson, WY  83001
        Telephone:  (307) 739-9741
        Fax:  (307) 739-9744
        jcmartin@hollandhart.com
        smmathiascheck@hollandhart.com

        Hadassah M. Reimer
        Holland & Hart LLP
        P.O. Box 68
        Jackson, WY  83001
        Phone:  (307) 739-9741
        Fax:  (307) 739-9744
        hmreimer@hollandhart.com

        Kristina (Tina) R. Van Bockern
        Holland & Hart LLP
        555 Seventeenth Street, Suite 3200
        Denver, CO  80202
        Phone: (303) 295-8107
        Fax: (720) 545-9952
        trvanbockern@hollandhart.com

        *Attorneys for Westmoreland Rosebud Mining LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2020, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*s/ Hadassah M. Reimer*
Holland & Hart LLP

14519760_v1