Shiloh S. Hernandez
Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hernandez@westernlaw.org
hornbein@westernlaw.org

*Attorneys for Plaintiffs*

Nathaniel Shoaff (*pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00130-SPW-TJC <br><br> **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Montana

Environmental Information Center, Indian People's Action, 350 Montana, Sierra

Club, and WildEarth Guardians (collectively, "Conservation Groups") move for a preliminary injunction to enjoin Federal Defendants and Intervenor-Defendant Westmoreland Rosebud Mining LLC (WRM) from implementing the mining plan for Area F of the Rosebud Mine. Pursuant to this mining plan, WRM has begun initial strip-mining operations in the prairie headwaters basin designated as Area F. A preliminary injunction is necessary to preserve the status quo until the merits of this litigation can be resolved.

    The Conservation Groups are entitled to a preliminary injunction for the reasons set forth in the accompanying brief in support of this motion. The groups are likely to succeed on the merits of their claims under the National Environmental Policy Act (NEPA) and Endangered Species Act (ESA). The groups will suffer irreparable harm from WRM's strip-mining activities, which cannot be undone, once completed. This harm outweighs any potential harm to Federal Defendants or WRM because the proposed strip-mining is unnecessary—any needed coal may be obtained from existing permit areas at the mine. The public interest in assuring the rule of law, protecting the environment, and requiring Federal Defendants to consider a just transition for the local communities strongly supports an injunction.

    Accordingly, the Conservation Groups respectfully request that this Court grant an order for a preliminary injunction to maintain the status quo and enjoin

Federal Defendants and WRM from authorizing, allowing, or implementing the Area F mining plan, as well as any further relief the Court deems proper.

Respectfully submitted this 28th day of August, 2020.

/s/ Shiloh Hernandez
Shiloh S. Hernandez
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hernandez@westernlaw.org

Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4852
hornbein@westernlaw.org

*Attorneys for Plaintiffs Montana Environmental Information Center, Indian People's Action, 350 Montana, WildEarth Guardians, and Sierra Club*

Nathaniel Shoaff (*admitted pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*
