IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, *et al.*, | CV 19-130-BLG-SPW |
| Plaintiffs, | ORDER |
| vs. | |
| DAVID BERNHARDT, *et al.*, | |
| Defendants. | |

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. 62) is referred to the Honorable Susan P. Watters for the limited purpose of ruling on this Motion only.

The Clerk of Court is directed to notify the parties and Magistrate Judge Timothy J. Cavan of the entry of this Order.

DATED this 31st day of August, 2020.

SUSAN P. WATTERS
United States District Judge