**FILED**

SEP 16 2020

Clerk, U.S. Courts
District Of Montana
Billings Division

Susan Mathiascheck
Holland & Hart LLP
901 K Street NW, Suite 850
Washington, DC 20001
Phone: (307) 739-9741
Fax: (307) 739-9744
smmathiascheck@hollandhart.com

John C. Martin
Hadassah M. Reimer
Holland & Hart LLP
P.O. Box 68
Jackson, WY 83001
Phone: (307) 739-9741
Fax: (307) 739-9744
jcmartin@hollandhart.com
hmreimer@hollandhart.com

Kristina (Tina) R. Van Bockern
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8107
Fax: (720) 545-9952
trvanbockern@hollandhart.com

*Attorney for Westmoreland Rosebud Mining LLC and International Union of Operating Engineers, Local 400*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, INDIAN PEOPLE'S ACTION, 350 MONTANA, SIERRA CLUB, WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, et al.,<br><br>Defendants,<br><br>and<br><br>WESTMORELAND ROSEBUD MINING LLC,<br><br>Intervenor. | Case No. 1:19-cv-00130-SPW-TJC<br><br><br><br>**INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 400'S MOTION TO INTERVENE** |

Pursuant to Federal Rule of Civil Procedure 24(a)(2), the International Union of Operating Engineers, Local 400 (the "Union"), respectfully moves to intervene as a Defendant in the above captioned case in support of the Federal Defendants and Westmoreland Rosebud Mining LLC ("Westmoreland"). Alternatively, the Union seeks permissive intervention under Federal Rule of Civil Procedure 24(b) should the Court find the Union has not satisfied the requirements for intervention as of right.

This Motion is supported by the accompanying brief in support. The Union seeks leave to intervene to assert the claims and defenses set forth in the proposed Answer attached as Exhibit 1; however, the Union proposes to file joint briefs with Westmoreland throughout the proceedings.

A proposed order granting this Motion is attached for this Court's convenience as Exhibit 2. The Union's Corporate Disclosure Statement is attached as Exhibit 3.

Pursuant to Local Rule 7.1(c)(1), counsel for the Union has contacted counsel for Federal Defendants and Montana Environmental Information Center, Indian People's Action, 350 Montana, Sierra Club, and WildEarth Guardians (collectively, "Plaintiffs"). Federal Defendants take no position on this motion; Plaintiffs will oppose the motion.

Accordingly, the Union respectfully requests that the Court grant its Motion to Intervene.

Dated this 16th day of September, 2020.

*Dessa Reimer*
John C. Martin  *by ean*
Susan Mathiascheck
Holland & Hart LLP
901 K Street NW, Suite 850
Washington, DC  20001
25 South Willow Street, Suite 200
P.O. Box 68
Jackson, WY  83001
Telephone:  (307) 739-9741
Fax:  (307) 739-9744
jcmartin@hollandhart.com
smmathiascheck@hollandhart.com

Hadassah M. Reimer
Holland & Hart LLP
P.O. Box 68
Jackson, WY  83001
Phone:  (307) 739-9741
Fax:  (307) 739-9744
hmreimer@hollandhart.com

Kristina (Tina) R. Van Bockern
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Phone: (303) 295-8107
Fax: (720) 545-9952
trvanbockern@hollandhart.com

*Attorney for Westmoreland Rosebud Mining LLC and International Union of Operating Engineers, Local 400*

2

# CERTIFICATE OF SERVICE

I hereby certify that, on September 16, 2020, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| \_\_\_\_\_ | CM/ECF |
| 1 | Hand Delivery |
| 2, 3, 4 | Mail |
| \_\_\_\_\_ | Overnight Delivery Service |
| \_\_\_\_\_ | Fax |
| 2, 3, 4 | E-Mail |

1. Clerk, U.S. District Court

2. Shiloh S. Hernandez
   Western Environmental Law Center
   103 Reeder's Alley
   Helena, MT  59601
   hernandez@westernlaw.org

3. Nathaniel Shoaff
   Sierra Club
   2101 Webster Street, Suite 1300
   Oakland, CA 94612
   Nathaniel.shoaff@sierraclub.org

4. Jean E. Williams
   Deputy Assistant Attorney General
   Michelle-Ann C. Williams
   Trial Attorney, Natural Resources Section
   Caitlin M. Cipicchio
   Trial Attorney, Natural Resources Section
   H. Hubert Yang
   Senior Trial Attorney, Wildlife & Marine Resources Section
   Environment & Natural Resources Division
   United States Department of Justice
   Ben Franklin Station
   PO Box 7611
   Washington, D.C.  20044-7611
   Michelle-Ann.Williams@usdoj.gov

Caitlin.cipicchio@usdoj.gov
Hubert.yang@usdoj.gov

_____/s/_____

15359552_v1

4