IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, *et al.*, <br><br> Defendants, <br> and <br><br> WESTMORELAND ROSEBUD MINING, LLC, <br><br> Defendant-Intervenor. | CV 19-130-BLG-SPW-TJC <br><br> ORDER |

On August 28, 2020, Plaintiffs filed a Motion for Preliminary Injunction to enjoin the implementation of the mining plan for Area F of the Rosebud Mine. (Doc. 62). Defendants' response to the motion is currently due September 18, 2020.

On September 16, 2020, the International Union of Operating Engineers, Local 400, filed a motion to intervene in the case and present evidence for the Court's consideration regarding the motion for preliminary injunction. (Doc. 69). The Union contacted the parties and Plaintiffs oppose the intervention.

**IT IS HEREBY ORDERED** that, for good cause showing and in the interest of preventing further delay, Plaintiffs shall file a response to the Union's Motion for Intervention (Doc. 69) by **Thursday, September 24, 2020**.

DATED this 16th day of September, 2020.

SUSAN P. WATTERS
United States District Judge