IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, INDIAN PEOPLE'S ACTION, 350 MONTANA, SIERRA CLUB, WILDEARTH GUARDIANS,<br><br>     Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, et al.,<br><br>     Defendants,<br>and<br><br>WESTMORELAND ROSEBUD MINING LLC,<br><br>     Intervenor. | CV 19-130-BLG-SPW<br><br>ORDER |

  Before the Court is the International Union of Operating Engineers, Local 400's ("The Union") Motion to Intervene (Doc. 69), filed on September 16, 2020. All parties were required to respond to the Motion by September 24, 2020. Plaintiffs filed a response on September 23, 2020 and indicated they took no

1

position on the intervention. Therefore, upon the Union's Motion and for good cause being shown,

IT IS HEREBY ORDERED that the Union shall be permitted to intervene in the above-captioned matter and shall file a Response to Plaintiffs' Motion for Preliminary Injunction (Doc. 62) on or before Friday, October 9, 2020.

IT IS FURTHER ORDERED that Plaintiffs shall file their reply in support of their Motion for Preliminary Injunction (Doc. 62) on or before Friday, October 23, 2020.

DATED this 29th day of September 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

2