

**FILED**

OCT 6 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT *et al.*,<br><br>Defendants.<br><br>and<br><br>WESTMORELAND AND ROSEBUD MINING, LLC.; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 400,<br><br>Intervenors. | Case No. 1:19-cv-00130-SPW-TJC<br><br>**ORDER GRANTING CITY OF COLSTRIP'S MOTION FOR LEAVE TO FILE AMICUS BRIEF** |

Upon review of the City of Colstrip's Motion for Leave to File an Amicus Brief (Doc. 84), and good cause appearing,

**IT IS HEREBY ORDERED** that the City of Colstrip's Motion (Doc. 84) is **GRANTED**. In order to prevent further delay, the City of Colstrip's amicus brief must be filed by Friday, October 9, 2020.

The Clerk of Court is directed to notify the parties of the making of this Order.

//


DATED this 6th day of October, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge