JEAN E. WILLIAMS
Deputy Assistant Attorney General
MICHELLE-ANN C. WILLIAMS
Trial Attorney, Natural Resources Section
CAITLIN M. CIPICCHIO
Trial Attorney, Natural Resources Section
H. HUBERT YANG
Senior Trial Attorney, Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel:  (202) 305-0420 (Williams)
Tel:  (202) 305-0503 (Cipicchio)
Tel:  (202) 305-0209 (Yang)
Fax:  (202) 305-0275
E-mail:  michelle-ann.williams@usdoj.gov
E-mail:  caitlin.cipicchio@usdoj.gov
E-mail:  hubert.yang@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al., | ) No. 1:19-cv-00130-SPW-TJC )  ) |
| Plaintiffs, | ) FEDERAL DEFENDANTS' ) UNOPPOSED MOTION TO |
| v. | ) APPEAR VIA VIDEO ) CONFERENCE OR |
| DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, et al., | ) TELEPHONICALLY ) ) ) |
| Federal Defendants, | ) ) |
| and | ) ) |
| WESTMORELAND ROSEBUD MINING, LLC, et al., | ) ) ) |
| Defendant-Intervenors. | ) ) |

Federal Defendants respectfully move this Court for leave allowing Federal Defendants' counsel to appear for the evidentiary hearing scheduled for December 18, 2020, Docket 103, via video conference or, in the alternative, telephonically. Given COVID-19, it would be difficult and burdensome for Federal Defendants' counsel, all based in Washington, DC, to travel and attend the hearing in person. Counsel for both Plaintiffs and Defendant-Intervenors have indicated that they do not oppose this motion. Federal Defendants therefore respectfully request that the Court enter an order as follows:

2

1.     Counsel for Federal Defendants shall appear via video conference or telephonically for the evidentiary hearing scheduled for December 18, 2020.

Dated:  December 2, 2020              Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
MICHELLE-ANN C. WILLIAMS
Trial Attorney, Natural Resources Section
CAITLIN M. CIPICCHIO
Trial Attorney, Natural Resources Section


*/s/ H. Hubert Yang*
H. HUBERT YANG
Senior Trial Attorney, Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel:  (202) 305-0420 (Williams)
Tel:  (202) 305-0503 (Cipicchio)
Tel:  (202) 305-0209 (Yang)
Fax:  (202) 305-0275
E-mail:  michelle-ann.williams@usdoj.gov
E-mail:  caitlin.cipicchio@usdoj.gov
E-mail:  hubert.yang@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I electronically filed the foregoing Federal Defendants' Unopposed Motion To Appear Via Video Conference Or Telephonically with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

>*/s/ H. Hubert Yang*
> H. HUBERT YANG
> United States Department of Justice
> Environment & Natural Resources Division
> Wildlife & Marine Resources Section
> Ben Franklin Station
> P.O. Box 7611
> Washington, DC 20044-7611
> Tel: (202) 305-0209
> Fax: (202) 305-0275
> E-mail: hubert.yang@usdoj.gov
>
> *Attorney for Federal Defendants*