IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al., | ) No. 1:19-cv-00130-SPW-TJC ) ) |
| Plaintiffs, | ) ORDER GRANTING ) INTERVENORS' UNOPPOSED |
| v. | ) MOTION FOR WITNESSES TO ) APPEAR VIA VIDEO |
| DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, et al., | ) CONFERENCE ) ) ) |
| Federal Defendants, | ) ) |
| and | ) ) |
| WESTMORELAND ROSEBUD MINING, LLC, et al., | ) ) ) |
| Defendant-Intervenors. | ) ) |

Based on Intervenors' Unopposed Motion for Witnesses to Appear Via Video Conference or Telephonically (Doc. 106) for the hearing scheduled for Friday December 18, 2020 at 9:00 a.m. MST, and for good cause shown,

**IT IS HEREBY ORDERED** that Intervenors' expert witnesses shall appear via video conference for the evidentiary hearing scheduled for December 18, 2020 at 9:00 a.m. MST.

**IT IS FURTHER ORDERED** that counsel for the Intervenors shall contact this court's IT personnel, Michael Cuthbert at (406) 247-2322 or Cecil Chandler at

1

(406) 247-2323 to make arrangements for the video conference.

The Clerk of Court is directed to notify counsel and IT personnel of the making of this Order.

DATED this 4th day of December, 2020.

                                                  SUSAN P. WATTERS
                                                  UNITED STATES DISTRICT JUDGE