IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> WESTMORELAND ROSEBUD MINING, LLC, et al., <br><br> Defendant-Intervenors. | Case No. 1:19-cv-00130-SPW-TJC <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPEAR VIA VIDEO CONFERENCE** |

Upon the Plaintiffs' Unopposed Motion to Appear Via Video Conference Or Telephonically (Doc. 108), and for good cause shown,

**IT IS HEREBY ORDERED** that counsel and witnesses for Plaintiffs shall appear via video conference for the evidentiary hearing scheduled for December 18, 2020 at 9:00 a.m. MST.

**IT IS FURTHER ORDERED** that counsel for the Plaintiffs shall contact this court's IT personnel, Michael Cuthbert at (406) 247-2322 or Cecil Chandler at

(406) 247-2323 to make arrangements for the video conference.

The Clerk of Court is directed to notify counsel and IT personnel of the making of this Order.

DATED this ___ day of December, 2020.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE