IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DEB HAALAND et al.,[1] <br><br> Defendants. | Case No. 1:19-cv-00130-SPW-TJC <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF WORD LIMIT** |

Before the Court is Federal Defendants and Defendant-Intervenors' unopposed motion for an enlargement of the 6,500 word limit set forth in Local Rule 7.1(d)(2)(A) for their briefs in support of their cross-motion for summary judgment and response brief to Plaintiffs' motion for summary judgment. (Docs. 136, 144.)  Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that Defendants' motion (Doc. 144) is **GRANTED**.  The word limit for each party's brief is enlarged by 1,500 words and

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Haaland is automatically substituted for her predecessor, acting Secretary Scott de la Vega.

shall not exceed 8,000 words, excluding caption, tables, and certificates. L.R. 7.1(d)(2)(E).

Dated this 1st day of June, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge