IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DEBRA HAALAND in her official capacity as Secretary of the United States Department of the Interior, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> WESTMORELAND ROSEBUD MINING, LLC, et al., <br><br> Defendant-Intervenors. | Case No. 1:19-cv-00130-SPW-TJC <br><br> **ORDER** |

Federal Defendants have filed a Second Unopposed Motion to Modify the Scheduling Order. (Doc. 146.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. The Scheduling Order is amended as follows:

/ / /

| | |
|---|---|
| Federal Defendants and Intervenor Defendants briefs in support of their combined cross-motions for summary judgment and responses to Plaintiffs' motion for summary judgment: | **June 15, 2021** |
| Plaintiff's combined brief in response to Federal Defendants' and Intervenor Defendants' cross-motions for summary judgment and reply in support of their motion for summary judgment: | **July 20, 2021** |
| Federal Defendants' and Intervenor Defendants' reply briefs in support of their cross-motions for summary judgment: | **August 10, 2021** |

DATED this 7th day of June, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge