IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DEB HAALAND et al.,<br><br>Defendants. | Case No. 1:19-cv-00130-SPW-TJC<br><br>**ORDER** |

Federal Defendants have filed an Unopposed Motion to Appear Via Video Conference at the hearing scheduled for January 12, 2022.  (Doc. 165.)  Good cause appearing, IT IS HEREBY ORDERED that Federal Defendants' motion is GRANTED.  Counsel for Federal Defendants may appear by videoconference at the January 12, 2022 Motion Hearing.  The Court will host the conference via Zoom, and will provide counsel access information by email prior to the hearing date.

Dated this 13th day of December, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge