IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DEB HAALAND et al.,<br><br>Defendants. | Case No. 1:19-cv-00130-SPW-TJC<br><br>**ORDER** |

Intervenors have filed an Unopposed Motion to Appear Via Video Conference at the hearing scheduled for January 28, 2022. (Doc. 173.) Good cause appearing, IT IS HEREBY ORDERED that Intervenors' motion is GRANTED. Intervenors' co-Counsel, Hadassah M. Reimer, Susan M. Mathiascheck, Kristina R. Van Bockern, and William W. Mercer may appear by videoconference at the January 28, 2022 Motion Hearing. The Court will host the conference via Zoom, and will provide counsel access information by email prior to the hearing date.

Dated this 27th day of January, 2022.

TIMOTHY J. CAVAN
United States Magistrate Judge