IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>DEB HAALAND *et al.*,<br><br>Defendants. | Case No. 1:19-cv-00130-SPW<br><br>**ORDER GRANTING STAY** |

Upon the parties' Joint Motion for Stay Pending Settlement Negotiations on Fees and Costs (Doc. 214), and for good cause appearing,

**IT IS HEREBY ORDERED** that the proceedings on Plaintiff Montana Environmental Information Center's (MEIC) motion for fees and costs (Doc. 212) are **STAYED** for a period of 90 days to allow the parties to negotiate a settlement on the issue. If the parties are unable to settle, they shall file a status report notifying the Court no later than **May 9, 2024** that a settlement could not be reached and either request a reasonable extension of the period to continue negotiations or propose a briefing schedule for resolving MEIC's motion.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 7th day of February, 2024.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge