IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al., | ) No. 1:19-cv-00130-SPW ) ) |
| Plaintiffs, | ) ORDER GRANTING ) FEDERAL DEFENDANTS' |
| v. | ) MOTION TO ALTER ) JUDGMENT |
| DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, et al., | ) ) ) ) |
| Federal Defendants, | ) ) |
| and | ) ) |
| WESTMORELAND ROSEBUD MINING, LLC, et al., | ) ) ) |
| Intervenor-Defendants. | ) ) |

After reviewing Federal Defendants' Motion to Alter Judgment to Extend Deadline to Complete Corrective NEPA Analysis, (Doc. 236), and for good cause shown,

**IT IS HEREBY ORDERED** that Federal Defendant, the Office of Surface Mining Reclamation and Enforcement, shall have until **October 7, 2025**, to complete its Supplemental Environmental Impact Statement and issue a new decision on the Rosebud "Area F" mining plan.

1

**IT IS FURTHER ORDERED** that deferred vacatur of the EIS is likewise extended until **October 7, 2025**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day of December, 2025.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE